# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137927

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CAROL SPARAPANI,
        Plaintiff-Appellant,

v

IRON COUNTY COMMUNITY HOSPITALS,
INC.,
        Defendant-Appellee.

SC: 137927
COA: 286611
Iron CC: 07-003659-NH

_____/

      On order of the Court, the application for leave to appeal the November 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

0316

_____
Clerk